PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darryl Brown                                        2:04CR00781-01

Name of Sentencing Judicial Officer: Katherine S. Hayden

Date of Original Sentence: 06/09/98

Original Offense: Conspiracy to Distribute Cocaine and Cocaine Base, Conspiracy to Commit Money Laundering

Original Sentence: 121 months incarceration

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/02/02

Assistant U.S. Attorney: To be assigned                    Defense Attorney: To be assigned

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On August 9, 2004 the offender was arrested by the Lodi Police Department, and charged with forgery and conspiracy to commit fraud. The matter was subsequently referred to the State Attorney General's Office for prosecution, and is currently awaiting grand jury proceeding. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Karl A. Wallace
U.S. Probation Officer
Date: 02/27/07

PROB 12C - Page 2
Darryl Brown

THE COURT ORDERS:

To be held in abeyance.

[X] The Issuance of a Summons. ~~Date of Hearing:~~
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/7/07
_____
Date