PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Darryl Brown                                             Cr.: 04-781-01
                                                                           PACTS Number: 018315

Name of Sentencing Judicial Officer: Honorable Malcolm J. Howard/Honorable Katharine Hayden

Date of Original Sentence: 06/09/98

Original Offense: Conspiracy to distribute cocaine and cocaine base/ conspiracy to commit money laundering

Original Sentence: 121 months

Type of Supervision: 5 years supervised release            Date Supervision Commenced: 08/31/02

## PETITIONING THE COURT

[ X ]   We respectfully request to dismiss the warrant.


Respectfully submitted,

By:  Andrea Shumsky
     U.S. Probation Officer
Date:  10/21/09

THE COURT ORDERS:

[ X ] The dismissal of warrant issued on March 9, 2007
[ ]   The Extension of Supervision as Noted Above
[ ]   No Action
[ ]   Other

_____
Signature of Judicial Officer

11/9/09
_____
Date